IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALEX ANIL GEORGE, | ) | NO. 8:20cv529 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS PLAINTIFF'S |
| | ) | COMPLAINT AND DEMAND |
| BENJAMIN M. BELMONT, | ) | FOR JURY TRIAL |
| | ) | |
| Defendant. | ) | |

COMES NOW defendant Benjamin M. Belmont and pursuant to Federal Rule of Civil Procedure 12(b)(6) moves the Court for an Order dismissing plaintiff's Complaint and Demand for Jury Trial for the reason that plaintiff has failed to state a claim upon which relief may be granted. For the reasons set forth in this Motion and Brief filed in support thereof, this Court should grant defendant's Motion and dismiss plaintiff's Complaint and Demand for Jury Trial with prejudice.

BENJAMIN M. BELMONT, Defendant.

By: /s/ Ronald F. Krause
    Ronald F. Krause – 15980
    Daniel L. Willis - 26639
    Cassem, Tierney, Adams,
       Gotch & Douglas
    9290 West Dodge Road, Suite 302
    Omaha, Nebraska 68114-3320
    (402) 390-0300 Phone
    (402) 390-9676 Facsimile
    rkrause@ctagd.com
    dwillis@ctagd.com
    Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alex A. George
2001 New Castle Circle
Plano, TX 75075
alexageorge85@gmail.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

/s/ Ronald F. Krause_____